■ In the Matter of TERM SECURITY CORP., Appellant, et al., Petitioner, v SAMGIN REALTY Co. et al., Respondents. [621 NYS2d

876] —Order and judgment Supreme Court, New York County (Walter Schackman, J.), entered on or about January 3, 1993 and November 3, 1993, respectively, unanimously affirmed for the reasons stated by Schackman, J., with costs and disbursements. No opinion. Concur—Rosenberger, J. P., Kupferman, Nardelli and Tom, JJ.